UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>IMELDA LOPEZ;<br>RAMON R. LOPEZ;<br>JAIME R. LOPEZ;<br>MARIA V. LOPEZ;<br>JORGE SANCHEZ; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:16-CV-00558-JAM-AC<br><br>**ORDER** |

**ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 7/19/2016    /s/ John A. Mendez
　　　　　　　　　　HONORABLE JOHN A. MENDEZ
　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE